**No. 11-5799. Ernest Carl Darcus, Jr., Petitioner v. United States.**

565 U.S. 1037, 132 S. Ct. 576, 181 L. Ed. 2d 426, 2011 U.S. LEXIS 8204.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-5886. Horace Linton Brown, Petitioner v. United States.**

565 U.S. 1037, 132 S. Ct. 577, 181 L. Ed. 2d 426, 2011 U.S. LEXIS 8179.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 429 Fed. Appx. 351.

**No. 11-6117. Samuel Villegas Lopez, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections.**

565 U.S. 1037, 132 S. Ct. 577, 181 L. Ed. 2d 426, 2011 U.S. LEXIS 8095.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 630 F.3d 1198.

**No. 11-6201. Roland Jiles, Petitioner v. Orleans Parish Prison Medical Clinic, et al.**

565 U.S. 1037, 132 S. Ct. 578, 181 L. Ed. 2d 426, 2011 U.S. LEXIS 8167.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 425 Fed. Appx. 367.

**No. 11-6230. Thomas Wiggins, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1037, 132 S. Ct. 579, 181 L. Ed. 2d 426, 2011 U.S. LEXIS 8268.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 428 Fed. Appx. 468.

**No. 11-6231. Joseph M. Williams, Petitioner v. City of Natchitoches, Louisiana, et al.**

565 U.S. 1037, 132 S. Ct. 579, 181 L. Ed. 2d 426, 2011 U.S. LEXIS 8228,

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6232. Craig Williams, Petitioner v. Derral G. Adams, Warden.**

565 U.S. 1037, 132 S. Ct. 579, 181 L. Ed. 2d 426, 2011 U.S. LEXIS 8284.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 447 Fed. Appx. 829.

**No. 11-6234. Gustavo Venta, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 1037, 132 S. Ct. 605, 181 L. Ed. 2d 426, 2011 U.S. LEXIS 8184.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.